**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1202**

---

GARRIS S. MCFADDEN,

Plaintiff - Appellant,

versus

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-
CIO; HORACE T. ALSTON, Vice President,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:04-cv-02317-WDQ)

---

Submitted: July 25, 2006                    Decided: July 31, 2006

---

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Garris S. McFadden, Appellant Pro Se.  John P. Sheridan, GLEASON &
MATHEWS, New York, New York, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Garris S. McFadden appeals the district court's adverse grant of summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McFadden v. Int'l Longshoremen's Ass'n, AFL-CIO, No. 1:04-cv-02317-WDQ (D. Md. Jan. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED